IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Wayne N. Ward,<br><br>    Plaintiff,<br><br>vs.<br><br>Laboratory Corporation of America, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:06-CV-00230-WKW-DRB |

## CONSENT TO REMOVAL

COME NOW the defendants identified in the Complaint as Wiggins, Childs, Quinn & Pantazis/WCQP and Gordon, Silberman, Wiggins and Childs/GSWC and hereby consent to the removal of this action from the Circuit Court of Montgomery County, Alabama (CV-06-303) to the United States District Court for the Middle District of Alabama, Northern Division.

{B0579149}                                1

s/ Bryan O. Balogh
W. Stancil Starnes
ASB-1922-E57W
Rik S. Tozzi
ASB-7144-Z48R
Bryan O. Balogh
ASB-6298-O42B
Attorneys for Defendants
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama  35259-8512
Telephone:  (205) 868-6000
Fax:  (205) 868-6099
E-mail:  Sstarnes@starneslaw.com
E-mail:  Rtozzi@starneslaw.com
E-mail:  Bbalogh@starneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I hereby further certify that a true and correct copy of the foregoing was served on the following individuals and entities by placing a copy of same in the United States Mail, postage prepaid and properly addressed, on this the 13th day of March, 2006.

Mr. Wayne N. Ward
103 Timberline
Bessemer, Alabama  35022

Brad T. Smith, Vice President
Laboratory Corporation of America
1447 York Court
Burlington, North Carolina  27215-0000

Renee C. Gluth, Esquire
Frilot, Partridge, Kohnke & Clements, LC
3600 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163-3600

James R. Seale, Esquire
Hill, Hill, Franco, Cole & Black
Post Office Box 116
Montgomery, Alabama  36103-000

                                <u>s/ Bryan O. Balogh</u>
                                Bryan O. Balogh
                                ASB-6298-O42B
                                Attorney for Defendants
                                STARNES & ATCHISON LLP
                                Seventh Floor, 100 Brookwood Place
                                Post Office Box 598512
                                Birmingham, Alabama  35259-8512
                                Telephone:  (205) 868-6000
                                Fax:  (205) 868-6099
                                E-mail:  Bbalogh@starneslaw.com