IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Wayne N. Ward, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Laboratory Corporation of America, et al., | ) CIVIL ACTION NO.<br>) 2:06-CV-00230-WKW-DRB |
| Defendants. | ) |

## MOTION TO DISMISS

COME NOW the defendants identified in the Complaint as Wiggins, Childs, Quinn, and Pantazis/WCQP and Gordon, Silberman, Wiggins and Childs/GSWC ("Wiggins Childs") and moves the Court to dismiss the above matter on the following grounds:

1. The Complaint fails to state a cause of action upon which relief may be granted.

2. To the extent Plaintiff's claims arise from an attorney/client relationship between Plaintiff and Wiggins Childs, the Complaint fails to state a cognizable claim under the Alabama Legal Services Liability Act ("ALSLA"). See ALA. CODE § 6-5-570 et seq.

3. To the extent Plaintiff's claims arise from an attorney/client relationship between Plaintiff and Wiggins Childs, the Complaint fails to comply with the requirements of the ALSLA. See ALA. CODE § 6-5-570 et seq.

WHEREFORE, PREMISES CONSIDERED, Wiggins Childs respectfully requests that the Court dismiss Plaintiff's claims for the above reasons.

s/ Bryan O. Balogh
W. Stancil Starnes
ASB-1922-E57W
Rik S. Tozzi
ASB-7144-Z48R
Bryan O. Balogh
ASB-6298-O42B
Attorneys for Defendants
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama  35259-8512
Telephone:  (205) 868-6000
Fax:  (205) 868-6099
E-mail:  Sstarnes@starneslaw.com
E-mail:  Rtozzi@starneslaw.com
E-mail:  Bbalogh@starneslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I hereby further certify that a true and correct copy of the foregoing was served on the following individuals and entities by placing a copy of same in the United States Mail, postage prepaid and properly addressed, on this the 13th day of March, 2006.

Mr. Wayne N. Ward
103 Timberline
Bessemer, Alabama  35022

Brad T. Smith, Vice President
Laboratory Corporation of America
1447 York Court
Burlington, North Carolina  27215-0000

Renee C. Gluth, Esquire
Frilot, Partridge, Kohnke & Clements, LC
3600 Energy Centre
1100 Poydras Street
New Orleans, Louisiana   70163-3600

James R. Seale, Esquire
Hill, Hill, Franco, Cole & Black
Post Office Box 116
Montgomery, Alabama   36103-000

s/ Bryan O. Balogh
Bryan O. Balogh
ASB-6298-O42B
Attorney for Defendants
STARNES & ATCHISON LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, Alabama   35259-8512
Telephone:  (205) 868-6000
Fax:  (205) 868-6099
E-mail:  Bbalogh@starneslaw.com
