

**alacourt.com's**
**Alabama SJIS Case Detail**

# EXHIBIT B

| | Settings | Parties | Case Action Summary | Witness List | Financial | Consolidated CAS |
|---|---|---|---|---|---|---|

### Case

| County | 03 | Case Number | CV 2006 000303 00 | JID | | CNP | Trial | J |
|---|---|---|---|---|---|---|---|---|
| Style | WAYNE NORRIS WARD VS LABORATORY CORPORATION OF AMERICA ET AL | | | | | | | |
| Code | CONT | Type | CONTRACT/EJMNT/SEIZU | Filed | | 02022006 | Track | |
| Amount | | Status | ACTIVE | Plaintiffs | | 001 | Defendants | 006 |
| DJID | | Court Action | 00000000 | | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | | No Damages | |
| Trial Days | | Lien | | | | | | |

### Settings

| Date 1 | | Que 1 | | Time 1 | | Description | |
|---|---|---|---|---|---|---|---|
| Date 2 | | Que 2 | | Time 2 | | Description | |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | | Que 4 | | Time 4 | | Description | |
| Cont Date | | Why | | | | Cont # | |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | | 0000 000000 00 | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

### Party 1

| Party | C 001 | Name | WARD WAYNE NORRIS | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|
| INDX | D/LAB CORP | ANAM | | | JID | CNP |
| SSN | | Address 1 | AKA WAYNE (THE WALL) | | Sex | |
| DOB | | Address 2 | 103 TIMBERLINE | | Race | |
| Country | US | City | BESSEMER AL 35022 0000 | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | | Type | | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | | Type | | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

### Party 2

| Party | D 001 | Name | LABORATORY CORPORATION OF AMERICA | | Type | BUSINESS |
|---|---|---|---|---|---|---|
| INDX | P/WARD WAYNE | ANAM | | | JID | CNP |
| SSN | | Address 1 | % BRAD T SMITH - VP | | Sex | |
| DOB | | Address 2 | 1447 YORK COURT | | Race | |
| Country | US | City | BURLINGTON NC 27215 0000 | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | 02142006 | Type | C CERTIFIED MAI | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | 02222006 | Type | C CERTIFIED MAI | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

### Party 3

| Party | D 002 | Name | DYNACARE LABS/ALABAMA ALCOHOL DRUG MANAGEMENT SERV | Type | BUSINESS |
|---|---|---|---|---|---|
| INDX | P/WARD WAYNE | ANAM | | JID | CNP |
| SSN | | Address 1 | NO ADDRESS PROVIDED | Sex | |
| DOB | | Address 2 | | Race | |
| Country | US | City | AL 00000 0000 | Phone | 334 000 0000 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 4**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D 003 | Name | WIGGINS CHILDS QUINN & PANTAZIS | | | Type | BUSINESS |
| INDX | P/WARD WAYNE | ANAM | | | | JID | CNP |
| SSN | | Address 1 | 1400 SOUTHTRUST TOWER | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | BIRMINGHAM AL 35203 0000 | | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 02142006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 02152006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 5**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D 004 | Name | GORDON SILBERMAN WIGGINS & CHILDS | | | Type | BUSINESS |
| INDX | P/WARD WAYNE | ANAM | | | | JID | CNP |
| SSN | | Address 1 | NO ADDRESS PROVIDED | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 6**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D 005 | Name | FRILOT PARTRIDGE KOHNKE & CLEMENTS LC | | | Type | BUSINESS |
| INDX | P/WARD WAYNE | ANAM | | | | JID | CNP |
| SSN | | Address 1 | 3600 ENERGY CENTRE | | | Sex | |
| DOB | | Address 2 | 1100 POYDRAS ST | | | Race | |
| Country | US | City | NEW ORLEANS LA 70163 0000 | | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 02142006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 02222006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 7**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D 006 | Name | HILL HILL FRANCO COLE & BLACK | | | Type | BUSINESS |
| INDX | P/WARD WAYNE | ANAM | | | | JID | CNP |
| SSN | | Address 1 | P O BOX 116 | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | MONTGOMERY AL 36103 0000 | | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |

| Atty 5 | | Atty 6 | | | | | |
|---|---|---|---|---|---|---|---|
| Issued | 02142006 | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 02152006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 02142006 | 1056 | FILE | FILED THIS DATE: 02/02/2006 (AV01) | KAR |
| 02142006 | 1056 | ASSJ | ASSIGNED TO JUDGE: CHARLES PRICE (AV01) | KAR |
| 02142006 | 1056 | TDMJ | JURY TRIAL REQUESTED (AV01) | KAR |
| 02142006 | 1056 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | KAR |
| 02142006 | 1056 | ORIG | ORIGIN: INITIAL FILING (AV01) | KAR |
| 02142006 | 1057 | PART | WARD WAYNE NORRIS ADDED AS C001 (AV02) | KAR |
| 02142006 | 1057 | ATTY | LISTED AS ATTORNEY FOR C001: PRO SE (AV02) | KAR |
| 02142006 | 1058 | PART | LABORATORY CORPORATION OF AMERICA ADDED AS D001 | KAR |
| 02142006 | 1058 | ATTY | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | KAR |
| 02142006 | 1058 | SUMM | CERTIFIED MAI ISSUED: 02/14/2006 TO D001 (AV02) | KAR |
| 02142006 | 1059 | PART | DYNACARE LABS/ALABAMA ALCOHOL DRUG MANAGEMENT SERV | KAR |
| 02142006 | 1059 | ATTY | LISTED AS ATTORNEY FOR D002: PRO SE (AV02) | KAR |
| 02142006 | 1100 | PART | WIGGINS CHILDS QUINN & PANTAZIS ADDED AS D003 | KAR |
| 02142006 | 1100 | ATTY | LISTED AS ATTORNEY FOR D003: PRO SE (AV02) | KAR |
| 02142006 | 1100 | SUMM | CERTIFIED MAI ISSUED: 02/14/2006 TO D003 (AV02) | KAR |
| 02142006 | 1100 | PART | GORDON SILBERMAN WIGGINS & CHILDS ADDED AS D004 | KAR |
| 02142006 | 1100 | ATTY | LISTED AS ATTORNEY FOR D004: PRO SE (AV02) | KAR |
| 02142006 | 1101 | PART | FRILOT PARTRIDGE KOHNKE & CLEMENTS LC ADDED AS D00 | KAR |
| 02142006 | 1101 | ATTY | LISTED AS ATTORNEY FOR D005: PRO SE (AV02) | KAR |
| 02142006 | 1101 | SUMM | CERTIFIED MAI ISSUED: 02/14/2006 TO D005 (AV02) | KAR |
| 02142006 | 1102 | PART | HILL HILL FRANCO COLE & BLACK ADDED AS D006 (AV02) | KAR |
| 02142006 | 1102 | ATTY | LISTED AS ATTORNEY FOR D006: PRO SE (AV02) | KAR |
| 02142006 | 1102 | SUMM | CERTIFIED MAI ISSUED: 02/14/2006 TO D006 (AV02) | KAR |
| 02142006 | 1103 | GNOT | GENERAL NOTICE SENT TO: 0000 | KAR |
| 03062006 | 1636 | SERC | SERVICE OF CERTIFIED MAI ON 02/15/2006 FOR D006 | JAG |
| 03062006 | 1636 | SERC | SERVICE OF CERTIFIED MAI ON 02/22/2006 FOR D005 | JAG |
| 03062006 | 1637 | SERC | SERVICE OF CERTIFIED MAI ON 02/15/2006 FOR D003 | JAG |
| 03062006 | 1638 | SERC | SERVICE OF CERTIFIED MAI ON 02/22/2006 FOR D001 | JAG |