IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE NORRIS WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-230-WKW |
| | ) |
| LABORATORY CORPORATION | ) |
| OF AMERICA, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Delores R. Boyd for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 17th day of March, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE