IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE N. WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-00230-WKW |
| | ) | |
| LABORATORY CORPORATION OF AMERICA, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 13, 2006, the Defendants Wiggins, Childs, Quinn & Pantanzis/WCQP and Gordon, Silberman, Wiggins & Childs/GSWC filed a *Motion to Dismiss* (Doc. 2) the Plaintiff's claim. Pursuant to the assigned District Judge's referral of this case for action or recommendation on all pretrial matters , it is

**ORDERED** that **the Plaintiff shall file a response to the *Motion,* not later than April 11, 2006,** to show therein any cause why the Defendant's *Motion to Dismiss* should not be granted.

**The *pro se* plaintiff is advised that if he fails to file *any* response** , the court will proceed to decide the merits of Defendants' contention that the complaint "fails to state a cause of action upon which relief may be granted", "fails to state a cognizable claim under the Alabama Legal Services Liability Act" and "fails to comply with the requirements" of the Alabama Legal Services Liability Act.

Done this 21st day of March, 2006

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE