IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE N. WARD,<br>    Plaintiff,<br><br>-vs-<br><br>LABORATORY CORPORATION OF AMERICA, DYNACARE LABS/ALABAMA ALCOHOL DRUG MANAGEMENT SERVICES/ADAMS WIGGINS, CHILDS, QUINN, AND PANTAZIS, GORDON, SILBERMAN, WIGGINS & CHILDS, FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C., HILL, HILL, FRANCO, COLE & BLACK, P.C.,<br><br>    Defendants. | Case No. 2:06-cv-00230-WKW |

## MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

COMES NOW the Defendant, Hill, Hill, Carter, Franco, Cole & Black, P.C. ("Hill, Hill, Carter"), and moves this Honorable Court to dismiss the above-styled matter, or, in the alternative, for a more definitive statement, and as grounds for said motion, shows unto this Honorable Court as follows:

1.    Hill, Hill, Carter, along with Defendant Frilot, Partridge, Kohnke & Clements, L.C., represented Defendants Dynacare Laboratories, Inc. and Laboratory Corporation of America in Case No. 2:05-cv-00088-MHT-VPM, formerly pending in the United States District Court for the Middle District of Alabama.

2.    Defendant Hill, Hill Carter at no time provided any legal services to Plaintiff Ward.

3.    To the extent Plaintiff's claim seeks to state a cause of action pursuant to the Alabama Legal Services Liability Act (ALSLA), see *Ala. Code* § 6-5-570, *et seq.*, said claim is due to be dismissed for failure to state a cause of action in that Plaintiff's claim does not arise out of receipt of legal services.

4.    The Complaint fails to state a cause of action against Defendant Hill, Hill, Carter upon which relief may be granted.

5.    The allegations of Plaintiff's Complaint are so vague, indefinite and nonspecific that it is impossible to determine the basis of Plaintiff's claim against Defendant Hill, Hill, Carter.

WHEREFORE, These Premises Considered, Defendant Hill, Hill, Carter, requests this Honorable Court dismiss Plaintiff's Complaint or to enter an Order requiring Plaintiff to set forth with specificity the basis of his claim against Defendant Hill, Hill, Carter.

DONE THIS 24th day of March, 2006.

HILL, HILL, CARTER, FRANCO,
COLE & BLACK, P.C., Defendant,

By:   /S/  James R. Seale
    James R. Seale (3617-E-68J)
    HILL, HILL, CARTER,
     FRANCO, COLE & BLACK, P.C.
    Post Office Box 116
    Montgomery, Alabama 36101-0116
    (334) 834-7600
    (334) 263-5969 - fax
    E-mail: jrs@hillhillcarter.com
    Counsel for Defendant
    wwm/6630.0157/f:Motion to Dismiss.wpd

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have this date electronically filed the foregoing *Motion to Dismiss, or in the Alternative, Motion for More Definite Statement* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to: Bryan O. Balogh, Esquire (bbalogh@starneslaw.com), Rik S. Tozzi, Esquire, (rtozzi@starneslaw.com) and W. Stancil Starnes, Esquire (sstarnes@starneslaw.com) and by placing a copy of same in the United States Mail, postage prepaid and properly addressed to Wayne N. Ward, 103 Timberline, Bessemer, Alabama 35022 and Renee C. Gluth, Esquire, FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C., 3600 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163-3600; this the 24th day of March, 2006.

        /S/  James R. Seale