IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE N. WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-00230-WKW |
| | ) | |
| LABORATORY CORPORATION OF | ) | |
| AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 24, 2006, Defendant *Hill, Hill, Carter, Franco, Cole & Black, P.C.* ("Hill, Hill, Carter") filed a **Motion to Dismiss, or in the Alternative, Motion for More Definite Statement** (Doc. 6). Pursuant to the assigned District Judge's referral of this case for action or recommendation on all pretrial matters , it is

**ORDERED** that **the Plaintiff shall file a response to the *Motion*, not later than April 17, 2006,** to show therein any cause why the Defendant's *Motion* should not be granted.

**The *pro se* plaintiff is advised that if he fails to file *any* response** , the court will proceed to decide the merits of Defendant's contention that the complaint "fails to state a cause of action upon which relief may be granted" and contains "allegations [that] are so vague, indefinite and nonspecific that it is impossible to determine the basis of Plaintiff's claim against Defendant Hill, Hill, Carter."

Done this 28th day of March, 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE