IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WAYNE N. WARD,

    Plaintiff,

-vs-

LABORATORY CORPORATION OF AMERICA, DYNACARE LABS/ ALABAMA ALCOHOL DRUG MANAGEMENT SERVICES/ ADAMS WIGGINS, CHILDS, QUINN, AND PANTAZIS, GORDON, SILBERMAN, WIGGINS & CHILDS, FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C., HILL, HILL, FRANCO, COLE & BLACK, P.C.,

    Defendants.

Case No. 2:06-cv-00230-WKW

## MOTION TO DISMISS ON BEHALF OF DEFENDANTS DYNACARE LABORATORIES, INC., LABORATORY CORPORATION OF AMERICA, AND FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C.

COME NOW the Defendants, Dynacare Laboratories, Inc. and Laboratory Corporation of America (hereafter referred to jointly as "Dynacare") and Frilot, Partridge, Kohnke & Clements, L.C. (hereafter referred to as "Frilot") and respectfully submit this motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). Plaintiff Wayne Ward ("Ward") has asserted an independent claim pursuant to Federal Rule of Civil Procedure 60(b) for relief from this Court's judgment in his previous race discrimination suit (*Wayne Ward v. Dynacare Labs, et. al.*, Case No. 03-T-247-N). The judgment Ward seeks to set aside was the judgment granting Dynacare and LabCorp's summary judgment motion, signed and entered by Judge Myron H. Thompson on February 2, 2004.

Dynacare asserts that this suit should be dismissed under the theories of *res judicata*, collateral estoppel and because Ward's claims under Rule 60(b) are time barred and fail to state a claim upon which relief can be granted.

WHEREFORE, These Premises Considered, Defendants Dynacare Laboratories, Inc., Laboratory Corporation of America and Frilot, Partridge, Kohnke & Clements, L.C. seek dismissal of Plaintiff Wayne Ward's suit.

DATED THIS 30th day of March, 2006.

           DYNACARE LABORATORIES, INC.,
           LABORATORY CORPORATION OF
           AMERICA, and FRILOT, PARTRIDGE,
           KOHNKE & CLEMENTS, L.C., Defendants,

By:  /S/  James R. Seale
    James R. Seale (3617-E-68J)
    HILL, HILL, CARTER,
     FRANCO, COLE & BLACK, P.C.
    Post Office Box 116
    Montgomery, Alabama 36101-0116
    (334) 834-7600
    (334) 263-5969 - fax
    E-mail: jrs@hillhillcarter.com
    Counsel for Defendants
    wwm/6031.0004/f:Motion to Dismiss (DLI).wpd

OF COUNSEL:
Renee C. Gluth (LA Bar No. 24436)
Frilot, Partridge, Kohnke & Clements, LC
3600 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3600
(504) 599-8000
(504) 599-8100

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have this date electronically filed the foregoing *Motion to Dismiss on Behalf of Defendants Dynacare Laboratories, Inc., Laboratory Corporation of America, and Frilot, Partridge, Kohnke & Clements, L.C.* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to: Bryan O. Balogh, Esquire (bbalogh@starneslaw.com), Rik S. Tozzi, Esquire (rtozzi@starneslaw.com) and W. Stancil Starnes, Esquire (sstarnes@starneslaw.com) and by placing a copy of same in the United States Mail, postage prepaid and properly addressed to Wayne N. Ward, 103 Timberline, Bessemer, Alabama 35022; this the 30th day of March, 2006.

           /S/  James R. Seale