**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

March 31, 2006

# NOTICE OF NON-COMPLIANCE

To Attorney:      Renee C. Gluth

Case Style:       Wayne Norris Ward v. Laboratory Corporation of America et al

Case Number:      2:06cv230-WKW

Our records reflect that you have not been admitted to practice in this Court. This court requires that any attorney who is not a member of the Bar of this court but who is admitted to practice before the United States District Court for the district in which such person resides or regularly practices by law, may, upon request, be admitted pro hac vice by an order of any judge of this court. This court also requires that the motion contain a Certificate of Good Standing from the United States District Court in which the attorney is admitted to practice. Any such attorney who appears as counsel by filing any pleading or paper in any case pending in this court must within ten (10) days thereafter apply for admission pro hac vice as set out herein; or be admitted to this court generally.

Therefore, within the time limit set out above, you are required to petition District Judge W, Keith Watkins  for admittance pro hac vice.

Effective October 1, 1999, there is a $20.00 fee for each and every pro hac vice admittance.