IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE N. WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-00230-WKW |
| | ) | |
| LABORATORY CORPORATION OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On March 30, 2006, Defendants Dynacare Laboratories, Inc. and Laboratory Corporation of America (jointly referred to as "Dynacare") and Frilot, Partridge, Kohnke & Clements, L.C. ("Frilot") filed a **Motion to Dismiss** *with a supporting brief.* (Docs. 8-9). Pursuant to the assigned District Judge's referral of this case for action or recommendation on all pretrial matters, it is

**ORDERED** that **the Plaintiff shall file a response to the *Motion*, not later than April 24, 2006**, to show therein any cause why the Defendants' *Motion* should not be granted.

**The *pro se* plaintiff is advised that if he fails to file *any* response**, the court will proceed to decide the merits of Defendants' contention that the complaint "should be dismissed under the theories of *res judicata*, collateral estoppel" and Plaintiff's claims under Rule 60(b) are "time barred and fail to state a claim upon which relief can be granted."

Done this 31st day of March, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE