UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 APR -6  P 3: 44

WAYNE N. WARD

CASE NO. 2:06-CV-00230 WKW

V

LABORATORY CORPORATION OF AMERICA,
DYNACARE LABS/ ALABAMA ALCOHOL DRUG
MANAGEMENT SERVICES/ AADMS
WIGGINS, CHILDS, QUINN, and PANTAZIS,
GORDON, SILBERMAN, WIGGINS & CHILDS,
FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C.,
HILL, HILL, FRANCO, COLE AND BLACK

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW, Renee Gluth, counsel for Defendants **Dynacare Laboratories, Inc. and Laboratory Corporation of America,** hereafter referred to jointly as "**Dynacare**", and **Frilot, Partridge, Kohnke & Clements, L.C.,** hereafter referred to as "**Frilot**", and respectfully moves this Honorable Court for permission to appear as counsel *pro hac vice* in accordance with Local Rule 83.1 for the limited purpose of representing Defendants in this lawsuit. Movant Gluth designates undersigned counsel, Erika Perrone Tatum, with the law firm of Hill, Hill, Carter, Franco, Cole & Black, P.C., 425 South Perry Street, Montgomery, Alabama, 36104, (334) 834-7600, as local counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

In support of her Motion, Movant states the following:

## RENEE C. GLUTH

(1) **Full name:** Renee C. Gluth

(2) **Present business address:**

    3600 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163

(3) **Office telephone number:** (504) 599-8000

(4) **Name of your firm, company or agency:**

    Frilot Partridge, L.C.

(5) **State the law school(s) you have attended, specifying the dates and the degree(s) you have received:**

| | |
|---|---|
| Paul M. Hebert Law Center, Louisiana State University | Juris Doctor (1996) |

(6) **Presently admitted to practice:**

| | |
|---|---|
| Louisiana Supreme Court | Admitted 10/96 |
| United States District Court Eastern District of Louisiana | Admitted 10/96 |
| United States District Court Western District of Louisiana | Admitted 10/96 |
| United States District Court Middle District of Louisiana | Admitted 10/96 |
| United States Court of Appeals Fifth Circuit | Admitted 10/96 |
| United States District Court Western District of Michigan | Admitted 4/02 |
| United States District Court District of Colorado | Admitted 6/02 |

No disciplinary proceedings are pending against Ms. Gluth in any jurisdiction. Ms. Gluth certifies that she has knowledge of the Local Rules of the United States District Court for the Middle District of Alabama and that she is not a resident of this district. Additionally, Ms. Gluth agrees to comply with the provisions of the Alabama Rules of Professional Conduct, and consents to the jurisdiction of the courts and the disciplinary boards of the State of Alabama.

Respectfully submitted:

*[signature]*

ERIKA PERRONE TATUM (TAT015)
Hill, Hill, Carter, Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
Telephone: (334) 834-7600
Facsimile: (334) 263-5969

and

RENEE C. GLUTH (La. Bar No. 24436)
Frilot Partridge, L.C.
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 599-8203
Telecopier: (504) 599-8263

COUNSEL FOR DYNACARE LABORATORIES, INC., LABORATORY CORPORATION OF AMERICA, and FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C.

## CERTIFICATE OF SERVICE

I certify that I have on this _6th_ day of April, 2006, delivered a copy of this Motion for Admission Pro Hac Vice to all parties of records via U.S. Mail, addressed as follows:

Wayne Ward
103 Timberline
Bessemer, AL 35022

Robert Wiggins
1400 SouthTrust Tower
Birmingham, AL 35203

Brian Michael Clark
31 19th Street North
Birmingham, AL 35203-3204

_/s/ Erika Tatiana_

4

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern    **DISTRICT OF**    Louisiana

**CERTIFICATE OF GOOD STANDING**

I, _____ Loretta G. Whyte _____ , *Clerk of this Court,*

*certify that* _____ Renee Gluth _____ , *Bar #* _____ 24436 _____ ,

*was duly admitted to practice in this Court on*

_____ 10/25/1996 _____ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____ New Orleans, Louisiana _____ *on* _____ 3/31/2006 _____ .
LOCATION                                               DATE

_____ *Loretta G. Whyte* _____
CLERK

_____ [signature] _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

WAYNE N. WARD                                             CASE NO. 2:06-CV-00230 WKW

V

LABORATORY CORPORATION OF AMERICA,
DYNACARE LABS/ ALABAMA ALCOHOL DRUG
MANAGEMENT SERVICES/ AADMS
WIGGINS, CHILDS, QUINN, and PANTAZIS,
GORDON, SILBERMAN, WIGGINS & CHILDS,
FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C.,
HILL, HILL, FRANCO, COLE AND BLACK

## O R D E R OF ADMISSION

Considering the foregoing Motion for Admission Pro Hac Vice;

IT IS ORDERED that Renee Gluth has met the *pro hac vice* admission requirements, and is hereby admitted to appear and participate as counsel *pro hac vice* on behalf of Defendants in the above-captioned matter.

This the ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

5