IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE N. WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:06-CV-00230-WKW |
| | ) |
| LABORATORY CORPORATION OF | ) |
| AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER ON MOTION

Upon consideration of the *Motion for Admission Pro Hac Vice* (Doc. 12, filed April 7, 2006), it appears that **Renee Gluth** is a member in good standing of the United States District Court, Eastern District of Louisiana, and is otherwise eligible to appear *pro hac vice* in this proceeding as co-counsel for Defendants Dynacare Laboratories, Inc. and Laboratory Corporation of America.

Accordingly, it is **ORDERED** that the Motion is **GRANTED.**

DONE this 14th day of April, 2006.

                                                   **/s/ Delores R. Boyd**
                                                   DELORES R. BOYD
                                                   UNITED STATES MAGISTRATE JUDGE