IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE N. WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-230-WKW |
| | ) | (WO) |
| LABORATORY CORPORATION OF | ) | |
| AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 10, 2006, the Magistrate Judge filed a Recommendation (Doc. # 14) in this case to which no timely objections have been filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Motion to Dismiss (Doc. # 2) filed by the defendant law firms described in the Complaint as Wiggins, Childs, Quinn, and Pantazis/WCQP and Gordon, Silberman, Wiggins and Childs/GSWC, is GRANTED, and all claims against these defendants are dismissed with prejudice.

3. The Motion to Dismiss (Doc.# 6) filed by the defendant law firm, Hill, Hill, Carter, Franco, Cole & Black, P.C., is GRANTED, and all claims against this defendant are dismissed with prejudice, with the alternative Motion for More Definite Statement being DENIED as MOOT.

4. The Motion to Dismiss (Doc. # 8) is GRANTED on behalf of defendants Dynacare

        Laboratories, Inc., Laboratory Corporation of America, and Frilot, Partridge, Kohnke & Clements, L.C., and all claims against these defendants are dismissed with prejudice.

5.    This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 1st day of June, 2006.

                    /s/ W. Keith Watkins
                    UNITED STATES DISTRICT JUDGE